Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Southern Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2023 APR 17 A 10: 23
CLERK _KM_
SO. DIST. OF GA.

Case No. 122-CV-2770
2:23-cv-048
(to be filled in by the Clerk's Office)

Gregory Davis

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Amalgamated Transit Union

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: (check one) ☑ Yes ☐ No

Court ORDER to Compel the LOCAL 732 ATU to Arbitrate my case with Employer Marta/I'm on Workmans Compensation

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(Non-Prisoner Complaint)

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Gregorll Davis
- Address: 4642 Ernest Dr
  Forest Park, GA 30297
  (City, State, Zip Code)
- County: USA
- Telephone Number: 678-228-7662 / 404-354-7085
- E-Mail Address: mddist30297@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Amalgamated Transit Union Local 732 #
- Job or Title: President, VP & Trustee  Pat Giles
- Address: 3234 Dogwood Dr
  Hapeville, GA 30354
  (City, State, Zip Code)
- County: USA
- Telephone Number: (4) 203-5244
- E-Mail Address: 732@CTU.com

[✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
- Name:
- Job or Title (if known):
- Address:
  (City, State, Zip Code)
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name _____
Job or Title *(if known)* _____
Address _____
_____ _____ _____
City           State          Zip Code
County _____
Telephone Number _____
E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name _____
Job or Title *(if known)* _____
Address _____
_____ _____ _____
City           State          Zip Code
County _____
Telephone Number _____
E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process of a Court order Stalling Fraud Civil Rights Violations

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Stalling not proceeding my suit is not frivolous because I'm a employee of Menta and on Workmans Comp.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Union Local 732 And ATU NTL violated the (Ritten) Beean act by not procede with grievance-Arbitration After I was terminated while on workmanl comp.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Terminded on 6/1/2016 Never Givena grievance Arbitiation Trail by MANJa of local 732 Arbitrations, Filed a Court order on July 20-2022 Never went Forward by Judge Bullah Not

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*



on workmans Compensction Terminated without due process mcinly in a UNION Didnt repreavet me period There Flducry, Trustee Didnt retre me properly, without Medical insurances, I Needed Disability pension, Temporary benefits Accordnly to Contract/summery Retirement booklet. And at least Follow thru grievence - Arbitration process Without Influeny the Judge Bullah violate my civil-rights.

Page 4 of 6

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had a accident of job in 2014 where a Driver of a Car was Killed not fault of my own I contracted PTSD, cognitive disorder, other mental issues, sever back & shoulder injuries, neck, hands

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1) Disability Pension Benefits (not Early Retirement) Temporary disability, Medical Insurance, Interest % sum of 1.5 million dollars

(2) At Least Court-order the Union to forward my grievence-Arbitration thru Manta and a Neutral 3rd party  Judge Bulloch has held up my court-order since July 02-2022 that's a shame, & Fraudulent I Feel he is a agent for Manta, Local 732 ATU or in the Masons secret society to hold me down.
   No Excuse period

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/4/23

Signature of Plaintiff: *Gregory Davis*

Printed Name of Plaintiff: Gregory Davis

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

    City    State    Zip Code

Telephone Number

E-mail Address



# AMALGAMATED TRANSIT UNION
## LOCAL 732
"Freedom through Organization"

# Grievance

Grievance number _____   Page 1 of 3

Name: GREGORY M. DAVIS   Badge: 5233   Date: 4/4/22

Address: 4642 ERVEST DR   City: FOREST PK   Zip: 30297

Home #: (7) 895-6165   Cell Phone #: (7) 895-6165   Shop Steward: Alfonso Harris

Position: BUS OPERATOR   Work Location: C-DIVISION/HAMILTON

Superintendent/Supervisor: Leonnie Bartlett   Phone #: _____

Nature of Grievance: Re-instate benefits, etc and Re-retire

State Briefly and plainly all circumstances connected with case:

_____
_____
_____
_____
_____
_____
_____
_____

*Additional information may be brought to step(s) hearings:*

**REMEDY:** Re-instate her employment with MARTA; and to make her whole with any and all backpay, overtime, holiday pay, vacation pay, insurance benefits, pension contributions, seniority, and any benefits she would have been entitled to had her employment with the authority not been interrupted.

SIGNATURE: _____

*By signing above, I hereby authorize the Marta Transit Authority to release my employee record information to Local 732 or (appointee) Shop Steward _____ Yolanda Kin-Adams _____
ATU Officer Signature: ___Yolanda King-Adams___   Date: ___9/8/21___

3234 Dogwood Drive · Hapeville GA 30354
TELEPHONE (404) 223-5122 ·FAX (404) 223-5244

## Orders on Motions

1:22-cv-02770-JPB Davis v. Amalgamated Transit Union

0months,SUBMMG

### U.S. District Court

### Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 7/25/2022 at 9:04 AM EDT and filed on 7/22/2022
**Case Name:** Davis v. Amalgamated Transit Union
**Case Number:** 1:22-cv-02770-JPB
**Filer:**
**Document Number:** 2

**Docket Text:**
ORDER granting [1] Application for Leave to Proceed in forma pauperis. Service of process shall not issue at the present time, and the Clerk is DIRECTED to refrain from forwarding the motion to compel arbitration to the United States Marshals Service for service until the District Judge orders otherwise. The Clerk is also DIRECTED to submit this file to the assigned District Judge for a frivolity determination. Signed by Magistrate Judge Russell G. Vineyard on 7/22/2022. (anc)

1:22-cv-02770-JPB Notice has been electronically mailed to:

1:22-cv-02770-JPB Notice has been delivered by other means to:

Gregory M. Davis
4642 Ernest Dr.
Forest Park, GA 30297

*[handwritten: 678-228-7662/ or (4)354-7085]*

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/25/2022] [FileNumber=12677119-0] [03a4a6c1f2694cbb48d4fef62eecbe2f71b7d109d3ada76c4e2ed5aaa795a266f5 1ecc290f7e6b5b3193a027c45fca353e269014db3d8c9ede4a8ea21c9f8690]]

*[handwritten: National Right to Work
800-336-3600]*

Case 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY M. DAVIS, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:22-cv-02770-JPB |
| AMALGAMATED TRANSIT UNION, | |
| Defendant. | |

## ORDER

This matter is before the Court on *pro se* plaintiff Gregory M. Davis' ("Davis") affidavit and application to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a). [Doc. 1].[1] After consideration by the Court of the affidavit of indigency only, Davis' request to proceed *in forma pauperis* is hereby **GRANTED** pursuant to 28 U.S.C. § 1915(a), and he shall be allowed to proceed with this action without prepayment of filing fees, docket costs, or United States Marshals Service fees. However, it is further **ORDERED** that service of process shall not issue at the present time, and the Clerk is **DIRECTED** to refrain from forwarding the motion to compel arbitration, [Doc. 1-1],[2] to the United States Marshals Service for service until the District Judge orders otherwise.

---

[1] The listed document and page numbers in citations to the record in this Order refer to the document and page numbers shown on the Adobe file reader linked to the Court's electronic filing database, CM/ECF.

[2] The Court notes that a plaintiff "may petition this Court directly for an order compelling arbitration," however; "9 U.S.C. § 4 requires, at the very least an

Under 28 U.S.C. § 1915(e), the Court must dismiss an *in forma pauperis* complaint if it determines that the allegation of poverty is untrue, or that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). A claim is frivolous when it appears from the face of the complaint that the factual allegations are "clearly baseless" or that the legal theories are "indisputably meritless." Neitzke v. Williams, 490 U.S. 319, 327 (1989); Bilal v. Driver, 251 F.3d 1346, 1349 (11th Cir. 2001) (citation omitted). "Unsupported conclusory factual allegations [] may be 'clearly baseless.'" Craven v. Florida, No. 6:08-cv-80-Orl-19GJK, 2008 WL 1994976, at *4 (M.D. Fla. May 8, 2008), adopted at *2. Accordingly, the Clerk is also **DIRECTED** to submit this file to the assigned District Judge for a frivolity determination under 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED** and **DIRECTED**, this 22nd day of July, 2022.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

{alleged failure, neglect, or refusal of another to arbitrate under a written agreement for arbitration[.]" Rush v. CarMax Auto Superstores, Inc., CIVIL ACTION NO. 1:20-cv-3603-LMM, 2020 WL 8617688, at *1 (N.D. Ga. Sept. 30, 2020) (citations and internal marks omitted), aff'd, No. 20-14719, 2021 WL 3418839 (11th Cir. Aug. 5, 2021) (per curiam).}

2





Gregory Davis
4642 Ernest Dr.
Forest Park, Ga 30297

Clerk, US District Court
Honorable Judge Hall
Southern District of Georgia
P.O. Box 1636
Brunswick, GA 31521